Order issued November 27, 2012

005051



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01270-CR

ADRIAN QUEZADA, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

## ORDER

Appellee's November 21, 2012 motion for extension of time to file appellee's brief is

GRANTED, and the brief given into the clerk's custody on November 21, 2012, is ORDERED filed

in the above cause.

LANA MYERS
PRESIDING JUSTICE